ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 24 2000
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CLARA YOUNG, | * |
|   Plaintiff, | * CIVIL ACTION NO. |
| | * 3:00-CV-0988-R |
| MEADOWGROVE APARTMENTS, | * |
| Defendant, | * |
| And | * |
| MeadowWood, LLC, | * |
| MeadowsCorner, LLC, | * |
| MeadowGarden, LLC, | * |
| MeadowWind, LLC, | * |
| REMH Properties, Inc, | * |
| Troy Andersen, | * |
| Mark Viehweg, | * |
| Dale Hensel, and | * |
| Ken Newman, Defendants | * |

## AMENDED COMPLAINT

1. This Court has jurisdiction under 42 U.S.C. § 3613(a).

2. Plaintiff is Clara Young, a homeowner whose house is located within 500 feet of the Meadowgrove Apartments.

3. The Meadowgrove Apartments are a 50 year old apartment complex located in South Dallas in the Rose Garden Neighborhood area. This amended complaint refers to the Meadowgrove Apartments as the apartments.

4. Defendants are the owners of Meadowgrove Apartments, the owner of the owners, and the persons responsible for the operation of the entities that own the Meadowgrove Apartments.

1

5. The tracts of land and the structures on each tract that are the Meadowgrove Apartments are owned by defendants MeadowWood, LLC, MeadowsCorner, LLC, MeadowGarden, LLC, and MeadowWind, LLC. The allegations in this paragraph are based on the declaration of N. Alex Bickley filed with the motion to dismiss in this case.

6. The owner of all four defendants MeadowWood, LLC, MeadowsCorner, LLC, MeadowGarden, LLC, and MeadowWind, LLC is defendant REMH Properties, Inc. The allegations in this paragraph are based on the declaration of N. Alex Bickley filed with the motion to dismiss in this case.

7. The persons responsible for the operation of the MeadowWood, LLC, MeadowsCorner, LLC, MeadowGarden, LLC, and MeadowWind, LLC defendants are defendants Troy Andersen, Mark Viehweg, Dale Hensel, and Ken Newman.

8. The apartments are a common and a public nuisance.

9. The apartments are an urban nuisance as defined by the City of Dallas Minimum Urban Rehabilitation Standard Ordinance, the Housing Code.

10. Defendants deliberately refuses to abate the nuisances.

11. Defendants' refusal to abate the nuisances reduces the number of persons willing to purchase or rent single family homes in the neighborhood. The nuisance conditions deter

potential buyers or renters from acquiring single family dwellings in the neighborhood.

12. Defendants' refusal to abate the nuisances reduces the number of persons willing to rent units in the apartments. The nuisance conditions deter potential renters from acquiring multifamily dwellings in the neighborhood.

13. Defendants' refusal to abate the nuisances at the apartments is because of the race of the tenants at the apartments and the race and color of the persons living in the other dwellings in the area.

14. Defendants' refusal to abate the nuisances makes single family dwellings and multifamily dwellings unavailable because of race and color.

15. Defendants' refusal to abate the nuisances directly injures plaintiff by reducing the value of her single-family house.

## Claim for relief

16. Defendants' actions violate 42 U.S.C. § 3604(a) by making dwellings unavailable to persons because of race or color.

## Prayer for relief

Plaintiff requests the following relief:

A) an injunction ordering defendants to abate the nuisance conditions at the apartments,

B) attorney's fees, litigation expenses, court costs, and

C) any other appropriate relief.

                                    Respectfully Submitted,

                                    MICHAEL M. DANIEL, P.C.
                                    3301 Elm Street
                                    Dallas, TX 75226-1637
                                        214-939-9230
                                    FAX 214-939-9229

By: _____
                                    Michael M. Daniel
                                    State Bar No. 05360500
                                    Laura B. Beshara
                                    State Bar No. 02261750
                              Attorneys for plaintiff

                                Certificate of service

I certify that an accurate copy of this pleading was served upon counsel for defendants Meadow Grove Apartments, MeadowWood, LLC, MeadowsCorner, LLC, MeadowGarden, LLC, and MeadowWind, LLC by U.S. Mail on the /6 day of Aug , 2000.

                              By: _____
                                    Michael M. Daniel
                                    State Bar No. 05360500
                                    Laura B. Beshara
                                    State Bar No. 02261750
                              Attorneys for plaintiff